IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RICHARD STEVENSON                                                    PLAINTIFF

    V.                           Civil No. 11-5072

SHERIFF KEITH FERGUSON, Benton
County, Arkansas; DEPUTY DUNN,
DEPUTY COGGINS and DEPUTY GULLY                                     DEFENDANTS

O R D E R

On this 17th day of November 2011, there comes on for consideration the report and recommendation filed in this case on October 7, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 19). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motion to Dismiss (doc. 16) is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge